IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00895-MEH

JONATHAN SANTIAGO ROSARIO,

   Plaintiff,

v.

GENERAL INFORMATION SERVICES, INC.,

   Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 8, 2015.**

Upon the request of parties, who together telephoned my chambers, the Scheduling Conference currently set for June 30, 2015, at 10:45 a.m. is hereby **vacated** and **rescheduled** for **July 23, 2015, at 11:15 a.m.** Additionally, the date on which parties are to file the proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) is hereby modified to **July 2, 2015**.

All other aspects of the Court's April 28, 2015 order (*see* docket #7) remain in effect.