IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00895-MEH

JONATHAN SANTIAGO ROSARIO,

    Plaintiff,

v.

GENERAL INFORMATION SERVICES, INC.,

    Defendant.

___

### MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 13, 2015.**

    This matter comes before the Court *sua sponte*.  This case was assigned to this Court pursuant to the Pilot Program for Direct Assignment of Civil Cases to Full Time Magistrate Judges (docket #5).  Accordingly, the parties shall complete and file the Magistrate Judge Consent Form (*see* docket #6) **on or before August 3, 2015**.