IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00895-MEH | Date: | July 23, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

JONATHAN SANTIAGO ROSARIO                          Gregory Gorski

    Plaintiff,

v.

GENERAL INFORMATION SERVICES, INC.             John Papianou

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

**Court in session:   11:20 a.m.**

Court calls case.   All counsel appeared by telephone.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Final Pretrial Conference:**   April 29, 2016 at 10:00 a.m.before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Court in recess:   11:24 a.m.          (Hearing concluded)
Total time in Court:  0:04**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.