IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00895-MEH

JONATHAN SANTIAGO ROSARIO,

    Plaintiff,

v.

GENERAL INFORMATION SERVICES, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 25, 2015.**

    The Stipulated Motion for Protective Order [filed November 24, 2015; docket #18] is **granted** as modified. The parties' proposed Discovery Confidentiality Order is accepted, as modified at ¶ 14 (consistent with the Court's practice not to retain jurisdiction after the termination of a case), and filed contemporaneously with this minute order.