IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00895-MEH

JONATHAN SANTIAGO ROSARIO,

    Plaintiff,

v.

GENERAL INFORMATION SERVICES, INC.,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed March 24, 2016; docket #21]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ordered** that this case is **dismissed with prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 25th day of March, 2016.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge